

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2020

No. 04-20-00119-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Nadine **REALME**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14297
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

     This is an accelerated appeal of the trial court's order denying the appellant's plea to the jurisdiction. The appellant's brief was originally due to be filed on March 26, 2020. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to April 15, 2020. On April 15, 2020, the appellant filed a motion requesting an additional extension of time to file the brief until May 5, 2020, for a total extension of forty days. The motion is GRANTED. **<u>NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES</u>**. The Appellant's brief must be filed by May 5, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court